IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE WILD SWAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA HAALAND, et al., <br><br> Defendants. | CV 20–173–M–DWM <br><br> ORDER |

The parties having reached stipulated settlement agreement in the case,

IT IS ORDERED that the parties' stipulation settlement (Doc. 24) is ADOPTED.

IT IS ORDERED that the above-captioned cause is DISMISSED. All pending motions are MOOT and all deadlines are VACATED. The Court shall retain jurisdiction over enforcement of the agreement, but any challenge to the resulting agency decision documents must be filed in a new lawsuit. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 1st day of November, 2021.

Donald W. Molloy, District Judge
United States District Court