IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE WILD SWAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA HAALAND, et al., <br><br> Defendants. | CV 20–173–M–DWM <br><br> ORDER |

The parties having reached a stipulated settlement agreement on attorney fees and costs in this case,

IT IS ORDERED that the parties' Stipulated Settlement (Doc. 30) is ADOPTED. Plaintiffs' motion for attorney fees and costs (Doc. 26) is DISMISSED and all other deadlines VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter a Judgment of Dismissal and close the case file. (*See* Doc. 25.)

DATED this 24th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court