IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE WILD SWAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA HAALAND, et al., <br><br> Defendants. | CV 20-173-M-DWM <br><br> JUDGMENT OF DISMISSAL |

 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

 IT IS ORDERED AND ADJUDGED consistent with the Court's Order, Doc. 31, that a Judgment of Dismissal is entered and the case file closed.

 Dated this 24th day of February, 2022.

        TYLER P. GILMAN, CLERK

        By: /s/ Nicole Stephens
        Nicole Stephens, Deputy Clerk